AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| ROMAN PAREDES<br><br>_Plaintiff(s)_<br><br>v.<br><br>RYER PARKING LLC, ARTURO BUENO, and JUAN ALMANZAR<br><br>_Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.   1:24-cv-00396 |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  RYER PARKING LLC
2346 Ryer Ave, Bronx, NY 10458

ARTURO BUENO
2346 Ryer Ave, Bronx, NY 10458

JUAN ALMANZAR
2346 Ryer Ave, Bronx, NY 10458

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eyal Dror, TRIEF & OLK, 750 Third Avenue, Ste. 2902, New York, NY 10017
Tel: (212) 486-6060, Email: edror@triefandolk.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:      1/19/2024

/s/ P. Canales

_Signature of Clerk or Deputy Clerk_

