UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
ROMAN PAREDES, :
:
Plaintiff, :
: 24-CV-396 (VSB)
-against- :
: **ORDER**
RYER PARKING LLC, *et al.*, :
:
Defendants. :
:
----------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on January 18, 2024, (Doc. 1), and filed affidavits of service on February 23, 2024, (Docs. 5–7).  The deadline for Defendants to respond to Plaintiff's complaint was March 6, 2024.  To date, Defendants have not appeared or responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than March 15, 2024.  If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    March 8, 2024
            New York, New York

*[signature]*
VERNON S. BRODERICK
United States District Judge