UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                     :
ROMAN PAREDES,                                 :

                        Plaintiff,        :

                                                       :                                     24-CV-396 (VSB)
                     -against-          :
                                                         :                                           **ORDER**
RYER PARKING LLC, *et al.*,             :

                        Defendants.  :

------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       On March 10, 2024, Bart Mayol filed an answer in this action, purportedly on behalf of "the DEFENDANTS." (Doc. 10 at 1.) However, the docket in this case reflects that Mr. Mayol represents only one of the three named Defendants—Arturo Bueno. Accordingly, it is hereby

       ORDERED that Mr. Mayol shall file an affidavit on the docket, by March 22, 2024, listing which parties he represents in this action. To the extent that Mr. Mayol represents parties other than Defendant Arturo Bueno, he shall clarify whether the answer filed on March 10, 2024, (Doc. 10), was filed on their behalf.

       IT IS FURTHER ORDERED that, by March 22, 2024, Mr. Mayol shall submit a letter, no more than three pages, explaining why I should accept the answer, which was filed four days after the deadline to respond to the Complaint had passed.

SO ORDERED.

Dated:     March 19, 2024
             New York, New York

                                                                     VERNON S. BRODERICK
                                                                     United States District Judge