```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ROMAN PAREDES,                                              :
                                                            :
                              Plaintiff,                    :
                                                            :        24-CV-396 (VSB)
                -against-                                   :
                                                            :            ORDER
RYER PARKING LLC, et al.,                                   :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on January 18, 2024, (Doc. 1), and filed affidavits of service on February 23, 2024, (Docs. 5–7). The deadline for Defendants to respond to Plaintiff's complaint was March 6, 2024. To date, Defendant Juan Almanzar has neither appeared nor responded to the complaint. Plaintiff, however, has taken no action to prosecute this case against Almanzar. Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than April 1, 2024. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation against Almanzar, I will dismiss Almanzar for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    March 24, 2024
              New York, New York

                                                VERNON S. BRODERICK
                                                United States District Judge