UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROMAN PAREDES,

                        Plaintiff,                        24 Civ. 396 (VSB) (GS)

       -against-                                 **ORDER**

RYER PARKING LLC and ARTURO
BUENO,

                       Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       On May 8, 2024, Plaintiff raised a discovery dispute before Judge Broderick explaining his position that Defendants have not met their discovery obligations with respect to written requests and document disclosure. (Dkt. No. 21). Judge Broderick subsequently referred this action to the undersigned for General Pretrial supervision (Dkt. No. 22), which encompasses the dispute raised by Plaintiff's letter. The Court then ordered the Defendants to provide a response to Plaintiff's letter by May 16, 2024. (Dkt. No. 23). Defendants have provided no such response. In light of the foregoing, and to resolve the matters raised in Plaintiff's May 8, 2024 letter, the Court hereby **ORDERS** the parties to appear for a discovery dispute conference on **Tuesday, May 29, 2024 at 4:00 PM via Microsoft Teams**. Please Dial **(646)453-4442**. Access Code: **432 502 624#**.

       SO ORDERED.

DATED:    New York, New York
               May 22, 2024

                                                                        _____
                                                                        The Honorable Gary Stein
                                                                        United States Magistrate Judge