APPLICATION GRANTED
SO ORDERED /s/ Vernon Broderick
VERNON S. BRODERICK
U.S.D.J.

The parties are directed to file a joint letter updating the Court on the status of mediation every sixty days. The Clerk of Court is respectfully directed to adjourn the deadlines in the Case Management Plan and Scheduling Order.

Dated: August 14, 2024

**TRIEF & OLK**
ATTORNEYS AT LAW
750 THIRD AVENUE
SUITE 2902
NEW YORK, NEW YORK 10017
—
FACSIMILE: (212) 317-2946

NEW JERSEY OFFICE
9 KANSAS STREET
HACKENSACK, NEW JERSEY 07601
(201) 343-5770

August 13, 2024

<u>VIA ECF</u>

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

Re:  <u>Paredes v. Ryer Parking LLC, et al.</u>, 24-CV-396 (VSB)

Judge Broderick:

We represent Plaintiff Roman Paredes in the above-captioned action and write, with the consent and approval of Defendants' counsel, to request that the existing deadlines for discovery be adjourned pending the completion of mediation, which the Court directed that the parties engage in by order dated July 29, 2024. (ECF No. 32 (the "Mediation Order").) While, at present, a mediator has yet to be appointed, the parties have already commenced the exchange of documents as directed by the Mediation Order and have engaged in preliminary discussions concerning settlement. An adjournment of the pending deadlines would allow the parties to focus their efforts on preparing for mediation, and potential resolution of the matter, without the added burden and expense of discovery. Accordingly, the parties respectfully request that the pending deadlines be adjourned *sine die* until the mediation is completed.

Respectfully submitted,

Eyal Dror

cc:  All counsel of Record