UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
 :
ROMAN PAREDES, :
 :
                Plaintiff, :
 : 24-CV-396 (VSB)
      -against- :
 : **ORDER**
RYER PARKING LLC, *et al.*, :
 :
              Defendants. :
 :
--------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       On request of the parties, I adjourned all discovery deadlines in this case pending the completion of mediation.  (Doc. 34.)  Accordingly, it is hereby:

       ORDERED that the post-discovery conference scheduled for October 9, 2024 at 2:00 p.m. shall be adjourned sine die.

SO ORDERED.

Dated:    October 7, 2024
             New York, New York

                                                                _____
                                                                VERNON S. BRODERICK
                                                                United States District Judge