UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
:
ROMAN PAREDES,                                            :
:
Plaintiff,        :
:                     24-CV-396 (VSB)
-against-                         :
:                          **ORDER**
:
RYER PARKING LLC, *et al.*,                               :
:
Defendants.     :
:
------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

On October 28, 2024, I entered an order granting Eyal Dror and Park & Jensen LLP's motion to withdraw as counsel for Plaintiff in the above-titled action. (Doc. 42.) My order also stayed all proceedings for sixty days to allow Plaintiff to retain new counsel and have such counsel file a notice of appearance in this case, or choose to proceed pro se. (*Id.*) As sixty days have passed and no new counsel has entered a notice of appearance, Plaintiff has chosen to proceed pro se. The stay in this action is hereby LIFTED.

The parties are directed to file a joint letter updating the Court on the status of the case by March 5, 2025. The parties' letter should indicate whether the parties would like to be referred to the Southern District's Mediation Program or to a Magistrate Judge for settlement discussions. SO ORDERED.

Dated:   February 20, 2025
         New York, New York

                                                    _____
                                                    VERNON S. BRODERICK
                                                    United States District Judge