UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
              :
ROMAN PAREDES,                        :
              :
            Plaintiff,   :
              :    24-CV-396 (VSB)
       -against-       :
              :    **ORDER**
RYER PARKING LLC, *et al.*,    :
              :
            Defendants.  :
              :
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

On October 28, 2024, I entered an order granting Eyal Dror and Park & Jensen LLP's motion to withdraw as counsel for Plaintiff in the above-titled action. (Doc. 42.) My order also stayed all proceedings for sixty days to allow Plaintiff to retain new counsel and have such counsel file a notice of appearance in this case, or choose to proceed pro se. (*Id.*) On February 20, 2025, I lifted the stay and directed the parties to file a joint letter updating the Court on the status of the case by March 5, 2025. (Doc. 43.) To date, the parties have not filed a joint letter.

The parties are directed to file a joint letter updating the Court on the status of the case by March 14, 2025. Failure to timely file an update may result in dismissal for failure to comply with court orders.

SO ORDERED.

Dated:    March 10, 2025
              New York, New York

                                                      VERNON S. BRODERICK
                                                      United States District Judge