UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
ROMAN PAREDES,                                              :
:
Plaintiff,           :
:                    24-CV-396 (VSB)
-against-            :
:                    **ORDER**
RYER PARKING LLC, *et al.*,                                 :
:
Defendants.          :
:
----------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

On October 28, 2024, I entered an order granting Eyal Dror and Park & Jensen LLP's motion to withdraw as counsel for Plaintiff in the above-titled action. (Doc. 42.) My order also stayed all proceedings for sixty days to allow Plaintiff to retain new counsel and have such counsel file a notice of appearance in this case, or choose to proceed pro se. (*Id.*) On February 20, 2025, I lifted the stay and directed the parties to file a joint letter updating the Court on the status of the case by March 5, 2025. (Doc. 43.) No such letter was filed. On March 10, 2025, I ordered the parties to file a joint letter updating the Court on the status of the case by March 14, 2025. (Doc. 44.) To date, the parties have not filed a joint letter.

The parties are directed to file a joint update by April 16, 2025 or risk dismissal for failure to prosecute. The Clerk of Court is respectfully directed to mail a copy of this Order to pro se Plaintiff at 261 E 188th St #42, Bronx, NY 10458.

SO ORDERED.

Dated:    March 31, 2025
            New York, New York

_____
VERNON S. BRODERICK
United States District Judge